**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO.   1:19-cr-132-JDB** |
| **v.** | **:** | |
| | **:** | |
| **FRANCIS ENGLES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

The United States of America, through its undersigned attorneys, without opposition from the defendant, Francis Engles, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 16(d)(1), to enter the attached proposed protective order governing discovery in this case.

The United States plans to produce or otherwise make available to the defense discoverable material relating to the investigation of not only this defendant, but investigations of several other individuals, some of whom have pleaded guilty, some of whom have cooperated with the government's investigation, and some of whom have not been charged.   Moreover, some of the material to be disclosed by the United States will contain sensitive information regarding witnesses, such as personal identifiers, addresses, and telephone numbers.   The United States also anticipates that it will provide to the defense financial records, emails, text messages, and records containing medical information, including information concerning third parties.   This Court has the discretion to issue a protective order to prohibit unwarranted disclosure of such materials.   *See Alderman v. United States*, 394 U.S. 165, 185 (1969) ("[T]he trial court can and should, where appropriate, place a defendant and his counsel under enforceable orders against unwarranted disclosure of the materials which they may be entitled to inspect.").

Accordingly, the United States requests that a protective order be entered as to all discovery materials provided in this case.   Such materials will be handled pursuant to the procedures outlined in the proposed order submitted contemporaneously with this motion, and those materials may be disclosed or disseminated only in accordance with the proposed order, unless and until that order is modified by the Court.

Counsel for the United States has consulted with counsel for the defendant, who has informed counsel for the United States that the defendant does not oppose this proposed order.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:    /s/ David Misler
DAVID MISLER
D.C. Bar No. 991475
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
David.misler@usdoj.gov
Tel: (202) 252-7164

ANNALOU TIROL
Acting Chief
Public Integrity Section
Cal. Bar No. 216578

By:    /s/ Simon Cataldo
SIMON J. CATALDO
Mass. Bar No. 690879
Trial Attorney
1400 New York Ave. NW
Washington, D.C. 20005
(202) 616-2464